IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX, | 1:07-cv-01227-OWW-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT A NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| JAMES A. YATES, et al., | |
| Defendants. | |
| _____/ | |

On September 24, 2007, plaintiff, a state prisoner proceeding pro se, filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient as follows:

The application did not include the required original signature by an authorized officer of the institution of incarceration on page 2.  28 U.S.C. § 1915(a)(2); and

The application did not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

///

-1-

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff another form for application to proceed in forma pauperis.

2. Within thirty (30) days of the date of service of this order, plaintiff shall submit a signed, completed application to proceed in forma pauperis, including the required original signature by an authorized officer of the institution of incarceration on page 2, and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **October 25, 2007**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE