# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX, | 1:07-cv-01227-OWW-GSA-PC |
|     Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
|     v. | |
| JAMES A. YATES, et al., | |
|     Defendants. | (Doc. 1) |
| | ORDER FOR CLERK TO REPLACE DOE DEFENDANT WITH DEFENDANT SERGEANT LADD |

Plaintiff David Maddox ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 23, 2007. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against defendants Battle, Doe, and Vang for excessive force in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). On September 4, 2009, Plaintiff identified defendant Doe as Sergeant Ladd. Accordingly, it is HEREBY ORDERED that:

1. The Clerk is DIRECTED to replace defendant Correctional Sergeant John Doe with defendant Sergeant Ladd on the Court's docket;

---

[1] In Findings and Recommendations issued concurrently with this Order, the Court recommends dismissal of defendant Yates based on Plaintiff's failure to state a claim against him, and dismissal of Plaintiff's claims for due process violations and conspiracy based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983.

2. Service is appropriate for the following defendants:

      C/O A. BATTLE

      SERGEANT LADD

      C/O C. VANG

3. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 23, 2007 (Doc. 1).

4. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Four (4) copies of the endorsed complaint filed August 23, 2007.

5. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **September 9, 2009**        /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE