IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX, | 1:07-cv-01227-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 15.) |
| JAMES A. YATES, et al., | ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS BATTLE, LADD, AND VANG ON PLAINTIFF'S EIGHTH AMENDMENT EXCESSIVE FORCE CLAIMS, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |
| Defendants. | |

David Maddox ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 9, 2009, findings and recommendations were entered, recommending that this action proceed only against defendants C/O A. Battle, Sergeant Ladd, and C/O C. Vang, for excessive force in violation of the Eighth Amendment, and all remaining claims and defendants be dismissed. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. More than forty-five days have passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

1 file, the court finds the findings and recommendations to be supported by the record and proper
2 analysis.

          Accordingly, THE COURT HEREBY ORDERS that:

    1.     The Findings and Recommendations issued by the Magistrate Judge on September 9, 2009, are adopted in full;

    2.     This action now proceeds only against defendants C/O A. Battle, Sergeant Ladd, and C/O C. Vang, for excessive force in violation of the Eighth Amendment;

    3.     All remaining claims and defendants are dismissed from this action;

    4.     Defendant James A. Yates is dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against him;

    5.     Plaintiff's claims for conspiracy and violation of Due Process are dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983; and

    6.     The Clerk is directed to reflect the dismissal of defendant Yates on the court's docket.

IT IS SO ORDERED.

**Dated:   November 9, 2009**            /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE