IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. LADD, et al.,<br><br>　　　　　Defendants. | NO. 1:07 cv 01227 LJO GSA PC<br><br>ORDER RE: FINDINGS & RECOMMENDATIONS<br><br>Document # 36 |

  Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On July 21, 2011, findings and recommendations were entered, recommending the Defendants' motion for summary judgment be granted as to Defendants Vang and Ladd, and denied as to Defendant Battle. Plaintiff was provided an opportunity to file objections. On October 6, 2011, Plaintiff filed objections to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

  Accordingly, THE COURT HEREBY ORDERS that:

  1. The Findings and Recommendations issued by the Magistrate Judge on July 21, 2011,

are adopted in full; and

    2. Defendants' motion for summary judgment is granted in favor of Defendants Ladd and Vang, and against Plaintiff.

    3. Defendants' motion for summary judgment is denied as to Defendant Battle.  This action is referred to the Magistrate Judge for pretrial proceedings on Plaintiff's claim of excessive force against Defendant Battle.

IT IS SO ORDERED.

**Dated:   October 7, 2011**                              /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE