UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX,<br><br>       Plaintiff,<br><br>  v.<br><br>JAMES A. YATES, et al.,<br><br>       Defendants. | 1:07-cv-01227-GSA-PC<br><br>ORDER CLARIFYING DEADLINE FOR DEFENDANT TO DEPOSE PLAINTIFF<br><br>DEADLINE: **DECEMBER 6, 2011** |

## I. BACKGROUND

David Maddox ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's original complaint filed August 23, 2007, against defendant Correctional Officer ("C/O") A. Battle ("Defendant"), for use of excessive force against Plaintiff, in violation of the Eighth Amendment.[1] (Doc. 1.) The parties to this action have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and on October 12, 2011, the case was reassigned to the undersigned to conduct any and all proceedings in the case, including trial and entry of final judgment. (Docs. 3, 23, 44.)

---

[1] On November 10, 2009, Defendant James Yates was dismissed from this action by the court for plaintiff's failure to state any claims against him. (Doc. 19.) On October 7, 2011, summary judgment was decided in favor of defendants C/O C. Vang and Sergeant Ladd. (Doc. 43.) Therefore, defendant C/O A. Battle is the only defendant remaining in this action.

1

1     On September 2, 2010, the Court issued an order granting Defendants an extension of time to depose Plaintiff until sixty days after the Court adjudicated Defendants' motion for summary judgment. (Doc. 29.) On October 7, 2011, the Court adjudicated Defendants' motion for summary judgment by the order adopting the Magistrate Judge's findings and recommendations. (Doc. 43.)

    Therefore, **PLEASE TAKE NOTICE** that Defendant's deadline to depose Plaintiff in this action is now **December 6, 2011**. No other deadlines are extended by this order.

    IT IS SO ORDERED.

**Dated:**   **October 17, 2011**              /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE