UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX,<br><br>            Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>            Defendants._____/ | CASE NO. 1:07-cv-01227-MJS PC<br><br>ORDER NOTIFYING PLAINTIFF OF WITNESS FEES AND COSTS TO SUBPOENA UNINCARCERATED WITNESSES WHO REFUSE TO TESTIFY VOLUNTARILY<br><br>(ECF No. 54) |

  This action is set for jury trial on April 5, 2012, before the Honorable Michael J. Seng.  Pursuant to the Court's scheduling order filed on January 9, 2012, Plaintiff was informed that if he wanted to have the United States Marshal serve any unincarcerated witnesses who refuse to testify voluntarily, he was to submit to the Court money orders covering the appearance fees for each such witness no later than February 10, 2012. (ECF No. 48.)  Plaintiff's motion for an extension of the February 10, 2012, deadline is granted.  (ECF Nos. 51 & 56.)  The Court extends the deadline to allow Plaintiff to submit money orders for the witnesses no later than March 5, 2012.

  On January 26, 2012, Plaintiff filed a motion providing the names of three unincarcerated witnesses he wants to have testify at trial.[1]  The witnesses are or were

---

[1] Plaintiff labeled this notice as "motion for attendance of witnesses not willing to testify," and included two incarcerated witnesses in this notice.  (ECF No. 54.)  However, Plaintiff does not need to submit money orders for incarcerated individuals to testify.  The Court will address the issue of these

1

employed at Pleasant Valley State Prison ("PVSP").[2]

Plaintiff is notified that for **each** witness, he must submit to the Court, no later than March 5, 2012, a money order in the amount of $107.73, made payable to the witness.[3] No witness will be served with a subpoena absent the timely submission of a money order.

Ascertaining the location of Plaintiff's non-incarcerated witnesses is Plaintiff's responsibility. The Court and the Marshal cannot and will not conduct a search or investigation on Plaintiff's behalf. If Plaintiff submits the money orders as required, the Court will direct the Marshal to serve the witnesses at PVSP

**Accordingly, pursuant to the Second Scheduling Order, if Plaintiff wishes to have Correctional Officer Franco, Correctional Officer Vang, and Officer Martinez served with summonses to testify at trial, he must submit, for *each* witness, a money order made out to that witness in the amount of $107.73.**

**The Court cannot accept cash, and the money orders may not be made out to the Court. The money orders must be made out in the witness' name.**

IT IS SO ORDERED.

Dated:  February 15, 2012          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

---

incarcerated witnesses in a separate order.

[2] Plaintiff does not identify the place of employment of the unincarcerated witnesses. It appears all were employed at PVSP on the date the incident occurred. If, however, any are now located elsewhere, Plaintiff shall so inform the Court during the 11:00 a.m. February 17, 2012 telephonic trial confirmation hearing before Magistrate Judge Seng.

[3] The cost per witness is $40.00 plus $67.73 for round trip mileage per day. 28 U.S.C. § 1821. (It is 132.8 miles, round trip, from PVSP to the courthouse and the current mileage reimbursement rate is 51 cents per mile.)