1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

DAVID MADDOX,                          CASE NO. 1:07-cv-01227-MJS PC
9
                                       ORDER DENYING PLAINTIFF'S PITCHESS
10                    Plaintiff,        MOTION

11                                      (ECF No. 74)
        v.
12

13   JAMES A. YATES, et al.,

14                    Defendants.
     _____/
15

16          This action is set for jury trial on April 5, 2012, before the Honorable Michael J.

17   Seng.

18          Plaintiff has filed a "Pitchess Motion" by which he seeks to obtain officer personnel

19   files.  (ECF No. 74.)  Plaintiff seeks to obtain the personal file of Defendant Battle.  (Id.)

20   Plaintiff also seeks to obtain the personnel files of F. Martinez, C. Vang, J. Carr, D.

21   Temple, H. Foster, and A. Carpenter, all of whom are named as potential witnesses in

22   Defendant Battle's pretrial statement.  (Id.; ECF No. 62.)  Plaintiff seeks to discover

23   relevant information, such as prior uses of excessive force, ethnic bias, falsification of

24   information, or planting of evidence.  (ECF No. 74.)[1]

25          Plaintiff's motion is an untimely discovery request.  In its Pretrial Order, the Court

26   reminded Plaintiff that discovery was closed.  (ECF No. 62 at 8.)  Plaintiff was given until

27   _____

28          [1]It is likely  Plaintiff appears to seek character evidence for use at trial.  Pursuant to Federal Rule of
     Evidence 404, character evidence is not admissible at trial.

                                              1

February 29, 2012 to file objections to the Pretrial Order.  (Id.)  Plaintiff did not file any objection.  .  Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, the Court may only modify the Pretrial Order "to prevent manifest injustice."  Plaintiff has not shown that there is any danger of manifest injustice if discovery is not reopened.

Accordingly, Plaintiff's "Pitchess Motion" (ECF No. 74) is DENIED.


IT IS SO ORDERED.

Dated:   March 27, 2012            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE