

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX, | CASE NO. 1:07-cv-01227-MJS PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF DAVID MADDOX IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |

Jury trial in this matter commenced on April 5, 2012, and judgment was entered for Defendant Battle and against Plaintiff David Maddox on April 6, 2012.

Accordingly, **David Maddox, CDCR #P-24599**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED. The inmate may be transported back to the to which he is assigned.

DATED: 4/6/12

MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

1