

FILED

APR 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX, | CASE NO. 1:07-cv-01227-MJS PC |
| Plaintiff, | NOTICE AND ORDER THAT INMATE ANTHONY WILLIAMS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |

Jury trial in this matter commenced on April 5, 2012, and inmate Anthony Williams gave his requested testimony in this matter on April 5, 2012.

Accordingly, **Anthony Williams**, **CDCR #J-72069**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED. The inmate may be transported back to the to which he is assigned.

DATED: 4/5/12

MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

1