**FILED**

**JUDGMENT ENTERED**

<u>       4/9/2012       </u>
**Date**
<u>  Michelle Means Rooney  </u>
**Deputy Clerk**

U.S. District Court
Eastern District of California

<u>**XX**</u> **FILE CLOSED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID MADDOX,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:07-CV-1227 MJS-PC

A. BATTLE,

    Defendant.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 4/6/2012 in favor of defendant, A. Battle, and against plaintiff, David Maddox.

DATED:  4/9/2012                         VICTORIA C. MINOR, Clerk

                           By:  <u>/s/ MICHELLE MEANS ROONEY</u>
                                      Deputy Clerk

jgm.civ
2/1/95