**FILED**

APR 1 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX, | CASE NO. 1:07-cv-01227-MJS PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON APRIL 6, 2012, AT 8:00 A.M. |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | |

Plaintiff **David Maddox**, **CDCR #P-24599** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Friday, April 6, 2012.

It is so ORDERED.

DATED: 4/5/12

MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

1